**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | **Case No: 24-44722-MXM** |
| § | | |
| **RODSHETTA SMITH, xxx-xx-9189** § | | **Chapter 13** |
| **701 CHAMPION WAY** § | | |
| **MANSFIELD, TX  76063** § | | **Court Hearing: Thursday, March 20, 2025 at 8:30 AM** |
| § | | |
| **Debtor** § | | |

# AMENDED NOTICE OF
# DEADLINE FOR OBJECTION TO CONFIRMATION

**February 25, 2025** is the last day for filing Objection**s** to Confirmation of Debtor's Chapter 13 Plan filed on or about January 30, 2025.  Objections shall be in writing and filed with the **US Bankruptcy Clerk, 501 W. 10th Street, Fort Worth, TX  76102.**

## CONFIRMATION HEARING

If an Objection to Confirmation of  Debtor's Chapter 13 Plan is timely filed and not resolved, then this matter will be called at the docket call to be held at **8:30 AM** on **Thursday, March 20, 2025** at the U.S. Bankruptcy Court, **501 W. 10th Street, Room 128, Fort Worth, TX  76102 or by WebEx at: https://us-courts.webex.com/meet/Mullin, Meeting ID: 2310 650 8783 (for Telephone Dial-In 1-650-479-3207).**, with the hearing on the matter immediately following the conclusion of the docket call.

GENERAL ORDER 2023-04 governs Chapter 13 cases in the Northern District of Texas.  A copy may be obtained from the Court's Website www.txnb.uscourts.gov, or from the Chapter 13 Trustee's website http://www.13network.com/trustees/ftw/ftwhome.asp, or call the Trustee for a free copy at 817-770-8500.

    /s/ Tim Truman
Tim Truman, Chapter 13 Trustee
Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
Website:  www.13network.com

## CERTIFICATE OF SERVICE

This is to Certify that a true and correct copy of the above and foregoing Notice was served on the parties listed below in the manner listed below on or before February 04, 2025.

/s/ Tim Truman
Tim Truman

**ELECTRONIC SERVICE:**

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

**BY FIRST CLASS MAIL:**

ATTORNEY GENERAL OF TEXAS,  Attn: Officer/President, COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

BANK OF AMERICA,  Attn: Officer/President, 4909 SAVARESE CIR FL1 908 01 50,  TAMPA, FL  33634

BARCLAYS BANK DELAWARE,  Attn: Officer/President, PO BOX 8801,  WILMINGTON, DE  19899-0000

BRACKETT & ELLIS,  Attn: Officer/President, 100 MAIN ST,  FT WORTH, TX  76102

CALIBER HOME LOANS,  Attn: Officer/President, 1525 S BELT LINE RD,  COPPELL, TX  75019

CAPITAL ONE BANK,  Attn: Officer/President, 4515 N SANTA FE AVE,  OKLAHOMA CITY, OK  73118-0000

CAPITAL ONE BANK USA NA,  Attn: Officer/President, AMERICAN INFOSOURCE LP,  PO BOX 71083,  CHARLOTTE, NC  28272

CAVALRY SPV I LLC,  Attn: Officer/President, PO BOX 4252,  GREENWICH, CT  06831-0000

CAVALRY SPV I LLC,  Attn: Officer/President, PO BOX 27288,  TEMPE, AZ  85282-0000

CROSS RIVER BANK,  Attn: Officer/President, 885 TEANECK RD,  TEANECK, NJ  07666-0000

DEPT OF JUSTICE - TAX DIVISION,  Attn: Officer/President, 717 N HARWOOD #400,  DALLAS, TX  75201-0000

FIG LOANS,  Attn: Officer/President, 2245 TEXAS DR #300,  SUGAR LAND, TX  77479-0000

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

LINEBARGER GOGGAN BLAIR & SAMPSON LLP,  Attn: Officer/President, 3500 MAPLE AVE #800,  DALLAS, TX  75219-0000

LINEBARGER GOGGAN BLAIR ET AL,  Attn: Officer/President, 100 THROCKMORTON #1700,  FT WORTH, TX  76102-0000

LVNV FUNDING LLC,  Attn: Officer/President, RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

MID AMERICA APARTMENTS,  Attn: Officer/President, 3001 COLONIAL PKWY #1131,  CEDAR PARK, TX  78613

MONEY LION,  Attn: Officer/President, PO BOX 1547,  SANDY, UT  84091-0000

MONEYLION,  Attn: Officer/President, PO BOX 18248,  PALATINE, IL  60055-0000

NCB MANAGEMENT SERVICES,  Attn: Officer/President, 1 ALLIED DR,  TREVOSE, PA  19053-0000

NELNET,  Attn: Officer/President, PO BOX 82505,  LINCOLN, NE  68501-0000

NETCREDIT,  Attn: Officer/President, 175 W JACKSON BLVD #600,  CHICAGO, IL  60604

NORRED LAW PLLC,  Attn: Officer/President, 515 E BORDER,  ARLINGTON, TX  76010-0000

PERDUE BRANDON FIELDER COLLINS AND MOTT,  Attn: Officer/President, 500 E BORDER ST #640,  ARLINGTON, TX  76010-0000

POSSIBLE FINANCE,  Attn: Officer/President, PO BOX 98686,  LAS VEGAS, NV  89193-0000

REGIONAL FINANCE,  Attn: Officer/President, 979 BATESVILLE RD STE B,  GREER, SC  29651-0000

REGIONAL MANAGEMENT CORP,  Attn: Officer/President, 979 BATESVILLE RD #B,  GREER, SC  29651-0000

RICK D. BARNES TAX ASSESSOR/COLLECTOR,  Attn: Officer/President, 100 E WEATHERFORD ST,  FT WORTH, TX  76196

RODSHETTA SMITH,  701 CHAMPION WAY,  MANSFIELD, TX  76063-0000

Case 24-44722-mxm13　　Doc 15　　Filed 02/03/25　　Entered 02/03/25 10:53:29　　Desc
Page 3 of 3

Case No. 24-44722-MXM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RODSHETTA SMITH
AMENDED Notice of Deadline for Objection to Confirmation and Confirmation Hearing　　　　　　　　　　　　　　Page 3 of 3

**BY FIRST CLASS MAIL:**

SCOLOPAX,  Attn: Officer/President, C/O WEINSTEIN & RILEY,  749 GATEWAY STE G-601,  ABILENE, TX  79602-0000

SCOLOPAX,  Attn: Officer/President, C/O WEINSTEIN & RILEY,  PO BOX 93024,  LAS VEGAS, NV  89193

SHELLPOINT MORTGAGE SERVICING,  Attn: Officer/President, PO BOX 10826,  GREENVILLE, SC  29603-0000

SN SERVICING CORP,  Attn: Officer/President, 323 5TH ST,  EUREKA, CA  95501-0000

SYNCHRONY BANK,  Attn: Officer/President, PO BOX 71782,  PHILADELPHIA, PA  19176-0000

TARRANT COUNTY TAX COLLECTOR,  Attn: Officer/President, DELINQUENT TAX DEPARTMENT,  100 E WEATHERFORD ST,  FORT WORTH, TX  76196

TEXAS ALCOHOLIC BEVERAGE COMM,  Attn: Officer/President, LICENSES AND PERMITS DIVISION,  PO BOX 13127,  AUSTIN, TX  78711

TEXAS COMPTROLLER PUBLIC ACCTS,  Attn: Officer/President, REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  Attn: Officer/President, TAX DEPT COLLECTION FKA TEC,  BANKRUPTCY ROOM 556-A,  AUSTIN, TX  78778-0000

UNITED STATES ATTORNEY,  CIVIL PROCESS CLERK,  1100 COMMERCE ST #300,  DALLAS, TX  75242

UPGRADE,  Attn: Officer/President, PO BOX 52210 LB 452210,  PHOENIX, AZ  85072-0000

UPGRADE INC,  Attn: Officer/President, 2 N CENTRAL AVE 10TH FL,  PHOENIX, AZ  85004

UPSTART,  Attn: Officer/President, 2950 S DELAWARE ST #300,  SAN MATEO, CA  94403-0000

US ATTORNEY GENERAL,  US DEPARTMENT OF JUSTICE,  950 PENNSYLVANIA AVE NW,  WASHINGTON, DC  20530

US BANK TRUST,  Attn: Officer/President, 7114 E STETSON DR #250,  SCOTTSDALE, AZ  85251

US DEPARTMENT OF JUSTICE,  Attn: Officer/President, 10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

VELOCITY INVESTMENTS LLC,  Attn: Officer/President, 1800 RTE 34 N #305,  WALL, NJ  07719-0000