**Richard E. Anderson**
**Texas Bar No. 01209010**
**4920 Westport Drive**
**The Colony, Texas 75056**
**Tel. (214) 276-1545**
**Fax. (214) 276-1546**
**RAnderson@AndersonVela.com**
**ANDERSON VELA, LLP**
**Attorney for Creditor**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-44722** |
| **Rodshetta Smith** | § | **CHAPTER 13** |
| | § | |
| Debtor(s), | § | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of: U.S. Bank Trust National Association, as Trustee of the LB-Igloo Series VI Trust, secured creditor in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

**ANDERSON VELA, L.L.P.**
4920 Westport Drive
The Colony, Texas 75056
214.276.1545 - Telephone
214.276.1546 - Fax
Email: randerson@AndersonVela.com
**ATTORNEYS FOR CREDITOR**

By: /s/ Richard Anderson
    RICHARD E. ANDERSON
    State Bar No. 01209010

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on February 13, 2025. Said document was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Rodshetta Smith
701 Champion Way,
Mansfield, TX 76063

DEBTOR'S ATTORNEY
Warren V. Norred
515 E. Border Street,
Arlington, TX 76010

TRUSTEE
Tim Truman
6851 N.E. Loop 820
N Richland Hills, TX 76180

U.S. TRUSTEE
US Trustee - Dallas
1100 Commerce Street, Room 976
Dallas, TX 75202

CREDITOR ATTORNEY

/s/ Richard E. Anderson
RICHARD E. ANDERSON